# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

EDWARD DEVOUN JOHNSON,  )
          Petitioner,  )
)
v.  )    Case No. CV408-062
)
AL ST. LAWRENCE and  )
ATTORNEY GENERAL OF THE  )
STATE OF GEORGIA,  )
)
          Respondents.  )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 15 day of April, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA